PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California  95811
Telephone:  (916) 454-0966

Attorney for Defendant
ABDUL MANNAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ABDUL MANNAN,<br><br>    Defendant. | Case No. 2:15-cr-00135-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  January 22, 2016<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr.<br>Dept:  10 |
|---|---|

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant U.S. Attorney, attorney for plaintiff, and Paul R. Irish, attorney for defendant, Abdul Mannan, that the current status conference hearing date of January 22, 2016, be vacated and the matter rescheduled for March 4, 2016 at 9:00 a.m.

   The request to continue the status conference is made for the following reasons:

   (1) Additional time is needed to complete ongoing investigation in this matter; and

   (2) Defense counsel had previously received a proposed Plea Agreement from the U.S. Attorney; thereafter, on January 19, 2016, defense received a revised Plea Agreement from the U.S. Attorney; additional time is needed to evaluate that Plea Agreement and to engage in further discussions with and advisement of defendant regarding the terms and consequences of the proposed Plea Agreement; and

   (3) Therefore, additional time is needed to conduct further negotiations for potential resolution of this case.

The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from January 22, 2016, up to and including March 4, 2016.

Assistant U.S. Attorney Michelle Rodriguez agrees to this request and has authorized defendant's attorney, Paul R. Irish to sign this Stipulation on her behalf.

IT IS SO STIPULATED.


DATED:       1/21/2016                  /s/ Paul R. Irish
                                        PAUL R. IRISH, Attorney for Defendant
                                        ABDUL MANNAN


DATED:       1/21/2016                  /s/ Paul R. Irish for
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney


**ORDER**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the status conference currently set for January 22, 2016, shall be rescheduled to March 4, 2016 at 9:00 a.m. in Department 10.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from January 22, 2016, up to and including March 4, 2016.

IT IS SO ORDERED.

Dated:  January 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge