PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
ABDUL MANNAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ABDUL MANNAN,<br><br>              Defendant. | Case No. 2:15-cr-00135 GEB<br><br>STIPULATION TO CONTINUE HEARING RE JUDGMENT AND SENTENCING<br><br>Date:   May 27, 2016<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr.<br>Dept:  10 |

IT IS HEREBY STIPULATED AND AGREED between plaintiff United States and defendant Abdul Mannan, with the advise of his counsel, Paul R. Irish, as follows:

(1)     Each party specifically requests that this court vacate the sentencing hearing set for May 27, 2016;

(2)     Each party specifically requests that this court schedule the sentencing hearing on June 24, 2016 at 9:00 a.m.; and

(3)     Each party enters this agreement and these stipulations for good cause stemming from concern to ensure adequate preparation and effective advocacy on behalf of each party's respective client.   The parties further request the court enter the schedule set forth below.   This schedule has been approved by the probation officer assigned to this case.

STIPULATION TO CONTINUE HEARING

DATED:    5/23/2016            _____
                                            /s/ Paul R. Irish
                                            PAUL R. IRISH, Attorney for Defendant
                                            ABDUL MANNAN


DATED:    5/23/2016  ___       _____
                                            /s/ Paul R. Irish for
                                            MICHELLE RODRIGUEZ
                                            Assistant U.S. Attorney


## ORDER


IT IS HEREBY ORDERED, based on the complexity of this case and the stipulation of the parties, THE SENTENCING HEARING CONTINUED TO **June 24, 2016**.   FURTHER, the court orders the following sentencing schedule:

The proposed Presentence Report shall be
disclosed to counsel no later than. . . . . . . . . . . . . . . . .   May 27, 2016

Counsel's written objections to the
Presentence Report shall be delivered to
the probation officer and opposing
counsel no later than. . . . . . . . . . . . . . . . . . . . . . . . . . .   May 31, 2016

The Presentence Report shall be filed
with the court and disclosed to counsel
no later than. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   June 3, 2016

Motion for Correction of the Presentence
Report shall be filed with the court and
served on the probation officer and
opposing counsel no later than. . . . . . . . . . . . . . . . . . . .   June 10, 2016

Reply, or Statement of Non-Opposition . . . . . . . . . . . . .   June 17, 2016

Judgment and sentencing date. . . . . . . . . . . . . . . . . . . . .   June 24, 2016

Dated:   May 24, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge